IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Vs. | § | CRIMINAL NO. 6:01-CR-54 |
| BARRY EUGENE BROOKS | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON SUPERVISED RELEASE**

The above-entitled and numbered action was referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. This court held a hearing in open court, with the defendant present, for purposes of considering the Report and Recommendation. At the hearing, the court considered the objections and the arguments of the defendant.

After due consideration, the Court hereby **OVERRULES** the defendant's objections to the Report and Recommendation. The Court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is therefore,

**ORDERED** that the Defendant's term of supervised release be **REVOKED** and he shall be sentenced to nine (9) months of imprisonment with no more supervision. The defendant is entitled to credit for time served since May 24, 2005.

The Clerk's office is directed to ensure that this order, as well as the Court's judgment, are

forwarded to the defendant at his current place of incarceration as determined by the United States Marshal.

    SIGNED this 20th day of October, 2005.

                                                      T. JOHN WARD  
                                                      UNITED STATES DISTRICT JUDGE